IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| CALON DEAN KING,<br><br>        Plaintiff,<br><br>vs.<br><br>DONOVAN VAN NOTE, individually<br>and in his capacity as a Trooper with<br>the Montana Highway Patrol;<br>ANDREW NOVAK, individually and<br>in his capacity as a Sergeant with the<br>Montana Highway Patrol; MONTANA<br>HIGHWAY PATROL; MONTANA<br>DEPARTMENT OF JUSTICE;<br>STEVEN LAVIN, individually and in<br>his capacity as Colonel of the Montana<br>Highway Patrol (retired),<br><br>        Defendants. | CV 25-164-M-KLD<br><br><br>ORDER |

Plaintiff has filed an unopposed motion for an extension of time to file his brief in response to Defendants' motion to dismiss. (Doc. 20). Plaintiff requests that the deadline to respond be extended by thirty days. (Doc. 20 at 2). Plaintiff has also filed a separate unopposed motion for an extension of time to file a statement of disputed facts and response to Defendants Van Note, Novak, and Lavin's motion for summary for summary judgment. (Doc. 21). Plaintiff similarly requests that the deadline to file a response and statement of disputed facts be extended by

1

thirty day days. (Doc. 21 at 2). Accordingly, and good cause appearing,

IT IS ORDERED that Plaintiff's motions for an extension of time (Docs. 20, 21) are GRANTED. Plaintiff's response to Defendants' motion to dismiss (Doc. 13) shall be due on or before April 1, 2026. Plaintiff's statement of disputed facts and response to Defendants Van Note, Novak, and Lavin's motion for summary judgment (Doc. 15) shall be due on or before April 1, 2026.

DATED this 27th day of February, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge

2